

AXK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

1:22-cr-00528
Judge Jeremy C. Daniel
Magistrate Judge Beth W. Jantz
RANDOM / Cat. 3

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 22 CR 528 |
| v. | Violation: Title 18, United States Code, Sections 2155(a) and (b) |
| XUANYU HARRY PANG | **UNDER SEAL** |

The ACTING UNITED STATES ATTORNEY charges:

1. At times material to this information:

   a. Naval Station Great Lakes was an installation of the Armed Forces of the United States in Lake County, Illinois. It was home to the United States Navy's Recruit Training Command, which operates Basic Training or "boot camp" for the U.S. Navy's enlisted recruits, and Training Support Center Great Lakes, which provides training for sailors in a variety of areas. Naval Station Great Lakes also supported the U.S. Navy's recruitment efforts. Many servicemembers worked and resided at Naval Station Great Lakes.

   b. Defendant XUANYU HARRY PANG was a United States citizen and enlisted sailor serving on active duty and undergoing training in the U.S. Navy. PANG was stationed and resided at Naval Station Great Lakes while undergoing training.

   c. Individual A resided outside the United States.

2. Beginning in or around September 2022, and continuing through October 2022, at Lake County, in the Northern District of Illinois, Eastern Division, and elsewhere,

XUANYU HARRY PANG,

defendant herein, did knowingly conspire with Individual A to, and did attempt to, willfully injure and destroy national-defense material, national-defense premises, and national-defense utilities, namely Naval Station Great Lakes and the material and premises contained therein, with the intent to injure, interfere with, and obstruct the national defense of the United States.

### Overt Act

3. In furtherance of the conspiracy and to achieve the objects and purposes thereof, PANG and his coconspirator committed and caused to be committed one or more overt acts within the Northern District of Illinois and elsewhere, including but not limited to the following:

    a. On or about October 2, 2022, PANG and Individual A exchanged messages in which they discussed demanding a payment of $1,000,000 for their assistance with the plot to attack Naval Station Great Lakes.

In violation of Title 18, United States Code, Sections 2155(a) and (b).

STEVEN DOLLEAR
Digitally signed by STEVEN DOLLEAR
Date: 2024.07.09 16:02:22 -05'00'

Signed by Steven J. Dollear
on behalf of the
ACTING UNITED STATES ATTORNEY