


FILED
7/10/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AXK

Judge Jeremy C. Daniel
Magistrate Judge Beth W. Jantz
RANDOM / Cat. 3

FELONY

1:22-cr-00528

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
|---|---|---|
| Xuanyu Harry Pang | No | Yes |

Is this an indictment or **information** arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **Yes**
Case Number: **22 CR 528**
Case Title: *USA v. Xuanyu Harry Pang*

Is this an indictment or **information** that supersedes one or more previously filed indictments or informations? **No**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois? **No**

Does this indictment or information charge 15 defendants or more? **No**

Does this indictment or information charge between 8-14 defendants, or charge Capital murder? **No**

What is the most severe level of offense/penalty in this indictment or information?
**Terrorism III**

Does the indictment or information charge a felony offense? **Yes**

List of Statutes: **18 U.S.C. § 2155(a) and (b)**

Assistant United States Attorney(s): **Aaron Bond, Brandon Stone, Vikas Didwania**

Contact Person and Phone Number: **Aaron Bond - 312-469-6047 / 312-371-8434**