# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                       Case No.: 1:22−cr−00528 *SEALED*
                                           Honorable Jeremy C. Daniel

Xuanyu Harry Pang

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 23, 2024:

      MINUTE entry before the Honorable Jeremy C. Daniel as to Xuanyu Harry Pang: Status hearing held. Change of plea set for 11/5/2024 at 11:00 a.m. In the interest of justice, 10/23/2024 to 11/5/2024 is excludable time under 18:3161(h) (7)(A)(B). Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.