UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| USA <br>    Plaintiffs <br>  v. <br> Xuanyu Harry Pang, <br>    Defendants | No. 22 CR 528 <br><br> Judge Jeremy C. Daniel |

**ORDER**

Status hearing held. Defendant's appearance was waived for today's status. Government's motion to unseal docket is granted. The Clerk is directed to unseal this case; however, any docket entries that are "SEALED" shall remain under seal. This includes docket entries 6, 11, 15, 18, 24, 28, 38, 41, 44, 60, and 64. This case is referred to the Probation Office for preparation of the presentence report. Presentence report is due 4/22/2025; objections due on or before 5/12/2025; response due on or before 5/18/2025. Pursuant to Local Criminal Rule 32.1(f), the court directs disclosure of the Probation Office's recommendation to counsel for the defendant and the government simultaneously with the disclosure of the PSR. Sentencing is set for 5/27/2025 at 11:00 a.m. in courtroom 1419.

Date: February 27, 2025

                   JEREMY C. DANIEL
                   United States District Judge